441 A.2d 444

Commonwealth v. Southard, Appellant.

Submitted January 5, 1981. Joseph F. Sklarosky, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

508

Before PRICE, WIEAND and HOFFMAN, JJ.

Judgment of sentence and order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.